FORM 26. Docketing Statement               Form 26 (p. 1)
                                           July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2025-2000

**Short Case Caption:** Cellulose Material Solutions, LLC v. SC Marketing Group, Inc.

**Filing Party/Entity:** SC Marketing Group, Inc. d/b/a Thermal Shipping Solutions

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| USDC, N.D. Cal. | 3:22-cv-03141-LB | Patent |

**Relief sought on appeal:** ☑ None/Not Applicable

Affirm the District Court's judgment at Dkts. 279 and 302; and any other orders and/or rulings being appealed.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

Judgement of Non-infringement (First and Second Causes of Action) (Dkt. 1); Declaration of Non-infringement (First Counterclaim) (Dkt. 85); Declaration of Invalidity (Second Counterclaim) (Dkt. 85). See also Dkt. 323.

**Briefly describe the judgment/order appealed from:**

Motion for Summary Judgment of Invalidity (and related motions for reconsideration) (Dkts. 141, 183, 238, 279, 294, 301, 302). On December 14, 2024, the District Court granted TSS's Motion and found the asserted patent claims of the Patent-in-Suit invalid. Dkts. 279, 302. On March 10, 2025, the District Court denied Plaintiff-Appellant's Motion for Reconsideration. Dkts. 294, 301. The District Court certified its order under Rule 54(b) on July 1, 2025. Dkt. 317.

**Nature of judgment (select one):**     **Date of judgment:** 7/29/25

☐ Final Judgment, 28 USC § 1295
☑ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☑ None/Not Applicable

Issues to be raised on appeal: ☑ None/Not Applicable

SC Marketing, Inc. is the appellee and is not filing a cross appeal.

Have there been discussions with other parties relating to settlement of this case?
☑ Yes  ☐ No

If "yes," when were the last such discussions?
- ☐ Before the case was filed below
- ☑ During the pendency of the case below
- ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?  ☑ Yes  ☐ No

If they were mediated, by whom?

Chief Magistrate Judge Donna Ryu of the Northern District of California

Do you believe that this case may be amenable to mediation? ☐ Yes  ☑ No

Explain.

SC Marketing, Inc. believes that the case may be amenable to mediation but believes it is unlikely given the current state of the parties' relationship.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

None

Date: 8/22/2025  Signature: /s/ Ryan R. Smith

Name: Ryan R. Smith

Save for Filing