

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

August 25, 2025

2025-2000 - Cellulose Material Solutions, LLC v. SC Marketing Group, Inc.

# NOTICE OF NON-COMPLIANCE

The document (Entry of Appearance, Certificate of Interest, Docketing Statement) submitted by SC Marketing Group, Inc. is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The document is filed on behalf of a party that is not participating in the appeal, has no appellate designation, or is otherwise not included on the official caption. A motion to modify the official caption or leave to intervene is required to add a non-party to the appeal. A motion to substitute parties is required to replace one party with another. Fed. R. App. P. 12(a); Fed. Cir. R. 15(b)(4). Refer to Practice Notes to Rule 12 and 15.

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An

appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. Cir. R. 45(a).

FOR THE COURT

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court

By: G. Kilgore, Deputy Clerk