United States Court of Appeals
for the Federal Circuit

CELLULOSE MATERIAL SOLUTIONS, LLC,

*Appellant*

*v.*

SC MARKETING GROUP, INC.,

*Appellee*

*On Appeal from the United States District Court for the Northern District of California,   Case No. 3:22-cv-03141-LB*

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR APPELLANT'S PRINCIPAL BRIEF**

CHRISTOPHER A. MITCHELL
DICKINSON WRIGHT PLLC
200 Ottawa Ave NW, Suite 900
Grand Rapids, MI 49503
(615) 336-1058
cmitchell@dickinson-wright.com

JOHN S. ARTZ
DICKINSON WRIGHT PLLC
350 South Main Street, Suite 300
Ann Arbor, MI 48104
(248) 433-7262
jsartz@dickinson-wright.com

*Counsel for Appellant*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

**Case Number** 25-2000

**Short Case Caption** Cellulose Material Solutions, LLC v. SC Marketing Group,

**Filing Party/Entity** Cellulose Material Solutions, LLC

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 09/05/2025

Signature: /s/Christopher A. Mitchell

Name: Christopher A. Mitchell

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Cellulose Material Solutions, LLC | | SOPREMA Michigan Acquisition Corp.; Holding SOPREMA S.A. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐   None/Not Applicable              ☐   Additional pages attached

| | | |
|---|---|---|
| Phillip J. DeRosier<br>Dickinson Wright PLLC | Mark H. Rogge<br>Dickinson Wright PLLC | Amanda Vaughan Letney<br>Dickinson Wright PLLC |
| Yafeez S. Fatabhoy<br>Dickinson Wright PLLC (now with Honigman LLP) | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐   Yes (file separate notice; see below)    ☑   No    ☐   N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑   None/Not Applicable              ☐   Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Appellant Cellulose Material Solutions, LLC's ("CMS") principal brief is due on October 7, 2025.

CMS requests that the time for it to file its principal brief be extended for a period of fourteen (14) days, until October 21, 2025. This request is the first request for enlargement of time by CMS.

There is good cause for this extension, as counsel for Appellant needs additional time to address all relevant issues in the appeal. No party is prejudiced by this extension.

Pursuant to Federal Circuit Rule 26, for Cellulose's response brief:

a) The date to be extended is October 7, 2025, the deadline for CMS's principal brief;

b) The revised date sought is October 21, 2025;

c) The number of days of extension sought is fourteen (14) days; and

d) No previous extension has been granted to Cellulose.

Pursuant to Federal Circuit Rule 27, CMS's undersigned counsel states that they have discussed this motion with counsel for Appellee, who has indicated that the instant motion is not opposed and, accordingly, no objection or response will be filed.

Pursuant to Federal Circuit Rule 47.4, a Certificate of Interest accompanies this motion.

Therefore, CMS respectfully requests the Court extend the deadline for CMS's principal brief until October 21, 2025.


Dated: September 5, 2025

Respectfully submitted,

DICKINSON WRIGHT PLLC

/s/ *Chris Mitchell*
CHRISTOPHER A. MITCHELL
DICKINSON WRIGHT PLLC
200 Ottawa Ave NW, Suite 900
Grand Rapids, MI 49503
(615) 336-1058
cmitchell@dickinson-wright.com

JOHN S. ARTZ
DICKINSON WRIGHT PLLC
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
(248) 433-7262
jsartz@dickinson-wright.com

*Counsel for Appellant,*
*Cellulose Material Solutions, LLC*

# CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). The motion contains 206 words, excluding the parts of the motion exempted by Fed. Cir. R. 27(d), as calculated by Microsoft Word 2016, the word processing system used in its preparation.

I further certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6). This motion has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14 Point Times New Roman font.

Dated: September 5, 2025

/s/ *Chris Mitchell*
Christopher A. Mitchell
*Counsel for Appellant*