**25-2000**

United States Court of Appeals
for the Federal Circuit

CELLULOSE MATERIAL SOLUTIONS, LLC,

*Appellant*

*v.*

SC MARKETING GROUP, INC.,

*Appellee*

*On Appeal from the United States District Court for the Northern District of California,   Case No. 3:22-cv-03141-LB*

*Hon. Laurel Beeler*

## UNOPPOSED MOTION TO EXTEND DEADLINE FOR APPELLEE'S RESPONSE BRIEF

RYAN R. SMITH
CHRISTOPHER D. MAYS
ALEX MILLER
WILSON SONSINI GOODRICH & ROSATI PC
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300
rsmith@wsgr.com
cmays@wsgr.com
alex.miller@wsgr.com
*Counsel for Appellee*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

**Case Number** 25-2000

**Short Case Caption** Cellulose Material Solutions, LLC v. SC Marketing Group, Inc.

**Filing Party/Entity** SC Marketing Group, Inc.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 10/27/2025

Signature: /s/ Alex Miller

Name: Alex Miller

| 1. **Represented Entities.** Fed. Cir. R. 47.4(a)(1). | 2. **Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | 3. **Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| SC Marketing Group, Inc. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| Talin Gordnia | | |
| | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes (file separate notice; see below) ☑ No ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR APPELLEE'S RESPONSE BRIEF**

Appellee SC Marketing Group, Inc. dba Thermal Shipping Solutions' ("TSS") response brief is due on December 1, 2025.

TSS requests that the time for it to file its response brief be extended for a period of fourteen (14) days, until December 15, 2025. This request is the first request for enlargement of time by TSS.

There is good cause for this extension, as counsel for Appellee needs additional time to address all relevant issues in the appeal. No party is prejudiced by this extension.

Pursuant to Federal Circuit Rule 26, for TSS's response brief:

a) The date to be extended is December 1, 2025, the deadline for TSS's response brief;

b) The revised date sought is December 15, 2025;

c) The number of days of extension sought is fourteen (14) days; and

d) No previous extension has been granted to TSS.

Pursuant to Federal Circuit Rule 27, TSS's undersigned counsel states that they have discussed this motion with counsel for Appellant, who has indicated that the instant motion is not opposed and, accordingly, no objection or response will be filed.

Pursuant to Federal Circuit Rule 47.4, a Certificate of Interest accompanies this motion.

Therefore, TSS respectfully requests the Court extend the deadline for TSS's response brief until December 15, 2025.

Dated: October 27, 2025

Respectfully submitted,

Wilson Sonsini Goodrich & Rosati PC

/s/ *Alex Miller*

RYAN R. SMITH
CHRISTOPHER D. MAYS
ALEX MILLER
WILSON SONSINI GOODRICH & ROSATI PC
650 Page Mill Road
Palo Alto, CA 94304-1050
(650) 493-9300
rsmith@wsgr.com
cmays@wsgr.com
alex.miller@wsgr.com

*Counsel for Appellee,*
*SC Marketing Group Inc.*

# CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). The motion contains 210 words as calculated by Microsoft Word, the word processing system used in its preparation.

I further certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6). This motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14 Point Times New Roman font.

Dated: October 27, 2025

/s/ *Alex Miller*_____
Alex Miller
*Counsel for Appellee*