**Case No. 25-2000**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**CELLULOSE MATERIAL SOLUTIONS, LLC,**
*Plaintiff-Appellant,*

v.

**SC MARKETING GROUP, INC.**
*Defendant-Appellee.*

Appeal from the United States District Court for
the Northern District of California
Case No. 22-cv-03141-LB
Hon. Laurel D. Beeler

# CERTIFICATE OF INTEREST OF *AMICI CURIAE* PROFESSORS JONATHAN MASUR AND LISA OUELLETTE

Phillip R. Malone
Nina K. Srejovic
JUELSGAARD INTELLECTUAL PROPERTY
  AND INNOVATION CLINIC
MILLS LEGAL CLINIC AT
  STANFORD LAW SCHOOL
559 Nathan Abbott Way
Stanford, CA 94305
(650) 725-6369
pmalone@stanford.edu

*Counsel for Amici Curiae*

# CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rules 29(a) and 47.4, counsel for *amici curiae* Professors Jonathan Masur and Lisa Ouellette certifies that:

1. The full names of the *amici curiae* I represent are: Professors Jonathan Masur and Lisa Ouellette.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) I represent is: N/A.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the *amici curiae* I represent are: None.

4. The names of all law firms and the partners or associates that appeared before the originating court for the *amici curiae* I represent or are expected to appear in this Court (and who have not or will not enter an appearance in this case) are: None.

5. Other than the originating case, the title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this Court's decision in the pending appeal is: None.

6. All information required by Federal Rules of Appellate Procedure 26.1(b) and 26.1(c) that identifies organizational victims in criminal cases and debtors and trustees in bankruptcy cases is: None.

| | |
|---|---|
| October 28, 2025 | /s/ Phillip R. Malone |

                                                Phillip R. Malone
                                                Nina K. Srejovic
                                                JUELSGAARD INTELLECTUAL PROPERTY
                                                    AND INNOVATION CLINIC
                                                MILLS LEGAL CLINIC AT STANFORD
                                                    LAW SCHOOL
                                                559 Nathan Abbott Way
                                                Stanford, CA 94305
                                                (650) 725-6369
                                                pmalone@stanford.edu

                                                *Counsel for Amici Curiae*